JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAAN P. HALLMAN, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, a corporation, and BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, a corporation,<br><br>　　　　Defendants. | Case No. 2:16-cv-00096-MWF-PJW<br><br>Honorable Michael W. Fitzgerald<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>**[FRCP 41(a)]**<br><br>[Stipulation filed concurrently]<br><br>Complaint Filed:   January 06, 2016 |

36171091v1 0982048

1  Pursuant to the stipulation of the parties, the above-entitled action is hereby
2  dismissed in its entirety, with prejudice. Each party shall bear his or its own
3  attorneys' fees and costs.

5  IT IS SO ORDERED.

7  Dated: July 5, 2016                   _____
8                                         HON. MICHAEL W. FITZGERALD
                                          United States District Judge

1

36171091v1 0982048